BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO SERRATOCALLES,<br>ANTONIO CASTELLANOS,<br>ANTONIO VALENCIA-HERNANDEZ,<br>LORENA MARISCAL VELASQUEZ,<br>MELISSA VELASQUEZ,<br>NORA LIZBET GARCIA, AND<br>JOSE REYES-PINEDA,<br>Defendants. | CASE NO. 1:16-mj-0005-SAB<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

The United States having applied to this Court, for a complaint in the above-captioned proceedings and having applied for the complaint to remain under seal in order to prevent the flight of the targets of the investigation,

IT IS ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: January 15, 2016



HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint                1