| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KATHLEEN A. SERVATIUS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00009-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL CONFIRMATION DATES** |
| v. | |
| ANTONIO CASTELLANOS, ET. AL. | Date: May 14, 2018 |
| | Time: 10:00 a.m. |
| Defendants. | Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the trial in this case from June 5, 2018 at 8:30 a.m. to February 20, 2019 at 8:30 a.m. The parties further request the current trial confirmation be continued from May 14, 2018 until February 4, 2018.

The parties request that time be excluded between June 5, 2018 and February 20, 2019 for the following reasons: one defendant has indicated an intent to call an expert witness regarding a duress defense. The government requires additional time to obtain an expert, arrange for the expert to examine the defendant, and then evaluate the viability of the legal defense, and litigate the applicability of the defense. The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

1

The parties further believe that time should be excluded until June 5, 2018 until February 20, 2018, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: May 10, 2018                                MCGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ *Kathleen A. Servatius*
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant United States Attorney

Dated:  May 10, 2018                               /s/ *Mark A. Broughton*
                                                   Attorney for Antonio Castellanos

Dated:  May 10, 2018                               /s/ *E. Marshall Hodgkins, III*
                                                   Attorney for Defendant Antonio Valencia-Hernandez

Dated:  May 10, 2018                               /s/ *Nicholas F.Reyes*
                                                   Attorneys for Defendant Genero Serrato-Calles

Dated:  May 10, 2018                               /s/ *Oscar R. Swinton, Jr.*
                                                   Attorneys for Defendant Jose Reyes-Pineda

Dated:  May 10, 2018                               /s/ *Dale A. Blickenstaff*
                                                   Attorney for Lorena Mariscal Velasquez

Dated:  May 10, 2018                               /s/ *Richard A. Beshewate, Jr.*
                                                   Attorneys for Defendant Norma Lizbet Garcia

Dated:  May 10, 2018                               /s/ *James R. Homola*
                                                   Attorneys for Defendant Lorena Velasquez

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case is continued from June 5, 2018 until February 20, 2019, at 2018 at 8:30 a.m., the trial confirmation is continued from May 14, 2018 until February 4, 2019, at 10:00 a.m., and the motion to admit evidence regarding defense of duress based on

battered woman's syndrome (Doc. 131) by defendant Lorena Velasquez is continued from May 14, 2018 until February 4, 2019, at 10:00 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2018 through February 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 10, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE