McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00009-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTONIO CASTELLANOS, ET AL., | TRIAL DATE: February 4, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for trial on February 4, 2019.

2. By this stipulation, defendants now move to continue the trial date to October 16, 2019, and to exclude time between February 4, 2019, and October 16, 2019, under Local Code T4. Defendant Lorena Mariscal Velasquez and the government agree to continue the hearing on Defendant's duress defense to a date in September 2019 convenient for the Court.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery, extensive intercepted wire and electronic communications, precise location data, and audio and video recordings, and other discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants' desire additional time to continue to prepare for trial, to review discovery and to consult with experts.

c) Several counsel have had unexpected and serious personal and medical emergencies, which have interfered with their preparedness for trial. Counsel for Genaro Serrato-Calles's mother has been in hospice and recently passed away. Counsel for the government, AUSA Kathleen Servatius, is currently hospitalized and will not be able to return to the office for several weeks.

d) Counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government joins the request for a continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2019 to October 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2019　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ JEFFREY A. SPIVAK

STIPULATION REGARDING EXCLUDABLE TIME　　　　2
PERIODS UNDER SPEEDY TRIAL ACT

|   |                              |                                                              |
|---|------------------------------|--------------------------------------------------------------|
|   |                              | JEFFREY A. SPIVAK<br>Assistant United States Attorney        |
|   | Dated: January 23, 2019      | /s/ MARK A. BROUGHTON<br>MARK A. BROUGHTON<br>Counsel for Defendant<br>ANTONIO CASTELLANOS<br>(Approved by phone 1/23/2019) |
|   | Dated: January 23, 2019      | /s/ E. MARSHALL HODGKINS, III<br>E. MARSHALL HODGKINS, III<br>Counsel for Defendant<br>ANTONIO VALENCIA-HERNANDEZ<br>(Approved by email 1/23/2019) |
|   | Dated: January 23, 2019      | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendant<br>GENERO SERRATO-CALLES<br>(Approved by phone 1/23/2019) |
|   | Dated: January 23, 2019      | /s/ OSCAR R. SWINTON, JR.<br>OSCAR R. SWINTON, JR.<br>Counsel for Defendant<br>JOSE REYES-PINEDO<br>(Approved by phone 1/23/2019) |
|   | Dated: January 23, 2019      | /s/ DALE A. BLICKENSTAFF<br>DALE A. BLICKENSTAFF<br>Counsel for Defendant<br>LORENA MARISCAL VELASQUEZ<br>(Approved by email 1/15/2019) |
|   | Dated: January 23, 2019      | /s/ JAMES R. HOMOLA<br>JAMES R. HOMOLA<br>Counsel for Defendant<br>NORMA LIZBET GARCIA<br>(Approved by email 1/23/2019) |
|   | Dated: January 23, 2019      | /s/ RICHARD A. BESHWATE<br>RICHARD A. BESHWATE<br>Counsel for Defendant<br>ANTONIO CASTELLANOS<br>(Approved by email 1/23/2019) |

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the trial confirmation hearing is reset for September 30, 2019 at 10:00 a.m. and jury trial is reset to October 16, 2019 at 1:00 p.m.  The hearing on defendant Lorena Mariscal Velasquez's motion to admit evidence supporting a duress defense Doc. No. 131 is continued to September 3, 2019 at 10:00 a.m. and any further briefing addressing that motion shall be filed consistent with that hearing date.  The time period of February 4, 2019 to October 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 23, 2019**

_____
UNITED STATES DISTRICT JUDGE