| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KATHLEEN A. SERVATIUS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00009 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON** |
| v. | |
| ANTONIO CASTELLANOS, ET. AL. | Date: October 16, 2019 |
| Defendants. | Time: 10:00 a.m. |
| | Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the trial in this case from October 16, 2019 until March 17, 2020 at 1:00 p.m. The parties further request the current trial confirmation be continued from October 16, 2019 until February 24, 2020.

The parties request that time be excluded for the following reasons: (1) a second defendant has indicated an intent to call an expert witness regarding a duress defense and the government requires additional time to obtain an expert, arrange for the expert to examine the defendant, and then evaluate the viability of the legal defense, and litigate the applicability of the defense; and (2) government counsel is scheduled for a surgical procedure on October 14, 2019 and will need time to recuperate. The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for

1

preparation in the case and further investigation. The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: August 22, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: August 22, 2019  /s/ *Mark A. Broughton*
Attorney for Antonio Castellanos

Dated: August 22, 2019  /s/ *E. Marshall Hodgkins, III*
Attorney for Defendant Antonio Valencia-Hernandez

Dated: August 22; 2019  /s/ *Nicholas F.Reyes*
Attorneys for Defendant Genero Serrato-Calles

Dated: August 22, 2019  /s/ *Oscar R. Swinton, Jr.*
Attorneys for Defendant Jose Reyes-Pineda

Dated: August 22, 2019  /s/ *Dale A. Blickenstaff*
Attorney for Lorena Mariscal Velasquez

Dated: August 22, 2019  /s/ *Richard A. Beshewate, Jr.*
Attorneys for Defendant Norma Lizbet Garcia

Dated: August 22, 2019  /s/ *James R. Homola*
Attorneys for Defendant Lorena Velasquez

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued from October 16, 2019 until March 17, 20120 at 1:00 p.m., and the trial confirmation shall be continued to February 24, 2020 at

10:00 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2019 until March 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**August 22, 2019**__       _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE