| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | KAREN A. ESCOBAR |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTIONS *IN LIMINE* SCHEDULE; ORDER |
| v. | |
| JOSE REYES-PINEDA, | DATE: September 8, 2021 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**BACKGROUND**

This case is set for a jury trial on September 8, 2021. Trial confirmation is currently set for August 23, 2021, along with motions previously filed by a defendant whose case has since been dismissed.

The parties stipulate and agree that the filing of motions *in limine* would assist in identifying potential issues in advance of trial. The parties further stipulate and agree that any motions *in limine* should be filed in accordance with the following schedule:

1. Any motions *in limine* shall be filed on or before August 2, 2021.
2. Any responses shall be filed on or before August 9, 2021.
3. Any optional replies shall be filed on or before August 16, 2021.
4. The hearing on any motions *in limine* shall be on August 23, 2021 at 10 a.m., the date of the trial confirmation hearing.

IT IS SO STIPULATED.

Dated: July 6, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ KAREN A. ESCOBAR
                                       KAREN A. ESCOBAR
                                       MELANIE ALSWORTH
                                       Assistant United States
                                       Attorneys

Dated: July 7, 2021                    /s/ NICHOLAS F. REYES
                                       NICHOLAS F. REYES
                                       Counsel for Defendant
                                       GENARO SERRATO-CALLES

Dated: July 7, 2021                    /s/ E. MARSHALL HODGKINS
                                       E. MARSHALL HODGKINS
                                       Counsel for Defendant
                                       ANTONIO VALENCIA-
                                       HERNANDEZ

Dated: July 7, 2021                    /s/ OSCAR RICHARD
                                       SWINTON, SR.
                                       OSCAR RICHARD SWINTON,
                                       SR.
                                       Counsel for Defendant
                                       JOSE REYES-PINEDA

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **July 8, 2021**                *Dale A. Drozd*
                                       UNITED STATES DISTRICT JUDGE

2