PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>GENARO SERRATO-CALLES,<br>ANTONIO VALENCIA-HERNANDEZ, AND<br>JOSE REYES-PINEDA,<br><br>                           Defendant. | CASE NO.  1:16-CR-00009-DAD-BAM<br><br>STIPULATION REGARDING MOTIONS *IN LIMINE* SCHEDULE; ORDER<br><br>DATE: August 23, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**BACKGROUND**

This case is set for a jury trial on August 23, 2021.  Trial confirmation is currently set for August 23, 2021, along with motions previously filed by a defendant whose case has since been dismissed.

A schedule for the filing of motions *in limine* was previously set by the Court at the request of the parties.  The parties now stipulate and agree that any motions *in limine* should be filed in accordance with the following modified schedule to allow the parties to finalize potential plea dispositions:

1.  Any motions *in limine* shall be filed on or before August 9, 2021.

2.  Any responses shall be filed on or before August 16, 2021.

3.  The hearing on any motions *in limine* shall be on August 23, 2021 at 10 a.m., the date of the trial confirmation hearing.

IT IS SO STIPULATED.

1

2

Dated: July 30, 2021                          PHILLIP A. TALBERT
3                                             Acting United States Attorney

4
                                              /s/ KAREN A. ESCOBAR
5                                             KAREN A. ESCOBAR
                                              MELANIE ALSWORTH
6                                             Assistant United States
                                              Attorneys
7

8
Dated: July 30, 2021                          /s/ NICHOLAS F. REYES
9                                             NICHOLAS F. REYES
                                              Counsel for Defendant
10                                            GENARO SERRATO-CALLES

11

12  Dated: July 30, 2021                      /s/ E. MARSHALL HODGKINS
                                              E. MARSHALL HODGKINS
13                                            Counsel for Defendant
                                              ANTONIO VALENCIA-
14                                            HERNANDEZ

15
Dated: July 30, 2021                          /s/ OSCAR RICHARD
16                                            SWINTON, SR.
                                              OSCAR RICHARD SWINTON,
17                                            SR.
                                              Counsel for Defendant
18                                            JOSE REYES-PINEDA

19

20

21
                              **FINDINGS AND ORDER**
22

23  IT IS SO ORDERED.

24     Dated:  __**August 3, 2021**__         _____
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28