PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-cr-00009-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE;  ORDER |
| v. | |
| GENARO SERRATO-CALLES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, November 8, 2021, at 9:00 a.m.

2. On October 22, 2021, the Court reset the matter for Monday, November 22, 2021.

3. Counsel for the government is unavailable on November 22, 2021.

4. The parties agree to continue this matter to December 13, 2021, at 9 a.m.

6. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Formal Objections to Presentence Report Filed with Court and Served on Probation and Opposing Counsel** | **November 29, 2021** |
| **Reply, or Statement of Non-Opposition:** | **December 6, 2021** |
| **Judgment and Sentencing Date** | **November 13, 2021** |

IT IS SO STIPULATED.

DATED:   October 25, 2021         Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney

DATED:   October 25, 2021

                                            /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Counsel for Defendant
                                            Genaro Serrato-Calles

**O R D E R**

IT IS SO ORDERED.

Dated:   **October 25, 2021**         _____
                                                                 UNITED STATES DISTRICT JUDGE